IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2009 DEC 14 PM 3: 13
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: BUSH, RON | ) | CASE NO. 08-41788 |
| DEBTOR(S) | ) | HON. KAY WOODS |
| | ) | DIVIDENDS LESS THAN $5.00 |

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 111 in the amount of $7.06.

The dividend relates to the following claimant:

| Claimant: | Amount: |
|---|---|
| Gastroenterology & Hepatology<br>4360 Fulton Dr., NW<br>Canton, OH  44718 | $1.05 |
| Spirit of America<br>Fashion Bug<br>P.O. Box 856021<br>Louisville, KY  40285 | $4.02 |
| Capital Recovery II<br>25 SE 2nd Ave., Suite 1120<br>Miami, FL  33131 | $1.99 |

/s/Richard G. Zellers
RICHARD G. ZELLERS(0011764)
TRUSTEE
3810 Starrs Centre Dr.
Canfield, OH  44406
330-702-0780
330-702-0788(facsimile)